KATZ, J., did not participate in the consideration or decision of this petition.

*Susan M. Hankins*, assistant public defender, in support of the petition.

*James M. Ralls*, assistant state's attorney, in opposition.

Decided October 31, 2000

## ALISTAIR GEMMELL ET AL. *v.* DENNIS LEE ET AL.

NORCOTT, J., did not participate in the consideration or decision of this petition.

*William F. Dow III*, in support of the petition.

*Morton J. Dimenstein*, in opposition.

Decided October 31, 2000

## ENVIROTEST SYSTEMS CORPORATION *v.* FREEDOM OF INFORMATION COMMISSION ET AL.

KATZ, J., did not participate in the consideration or decision of this petition.

*Clifton A. Leonhardt*, chief counsel, in support of the petition.